

substantial evidence to support the Board's findings, though we readily concede that the discharged employees were not without fault. The petitioner's opposition to the organization of its employees; its knowledge of the organizational activity of the discharges; and the timing of the discharges when balanced against the reasons advanced by the employer raise a question of fact as to the real motive for the discharges which the expertise of the Board is peculiarly suited to determine, and where its findings are supported by both direct and circumstantial evidence, this court should not substitute its judgment for that of the Board. NLRB v. Associated Naval Architects, Inc., 355 F.2d 788 (4 Cir. 1966); NLRB v. Lester Bros., Inc., 337 F.2d 706 (4 Cir. 1964).

The order of the Board will be enforced.

Enforced.

Jack H. Weiner, Washington, D. C. (J. William Doolittle, Acting Asst. Atty. Gen., John Quinn, U. S. Atty., and David L. Rose, Attorney, Department of Justice, on the brief), for appellant.

Joseph A. Sommer, Santa Fe, N. M. (Thomas F. McKenna, Sr., Santa Fe, N. M., on the brief), for appellee.

Before LEWIS and HICKEY, Circuit Judges, and STANLEY, District Judge.

PER CURIAM.

This appeal is dismissed. The record shows the dismissal of appellant's complaint but no dismissal of the action or a final judgment in any form. See Mitchell v. Parham, 10 Cir., 345 F.2d 797, and cases cited.

UNITED STATES of America, Appellant,

v.

John M. REILLY, Appellee.

No. 8707.

United States Court of Appeals Tenth Circuit.

March 3, 1967.

Earnest PETERSON, Appellant,

v.

Lawrence E. WILSON, Warden, San Quentin, California, Appellee.

No. 21193.

United States Court of Appeals Ninth Circuit.

Feb. 27, 1967.